IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01036-BNB

ERIC FLORES,

    Plaintiff,

v.

U.S. ATTORNEY GENERAL,
U.S. DEPT. OF HEALTH AND HUMAN SERVICE [sic], and
SIERRA MEDICAL CENTER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Issue Service of Process of Complaint to Defendants by the United States Marshals Service" filed on May 16, 2011 (Doc. # 15) is DENIED as premature.

    Plaintiff's "Motion to Consolidate Plaintiff's Handwritten Health Care Liability Complaint Together with Amended Prisoner's Complaint" filed on May 16, 2011 (Doc. # 14) is DENIED as unclear. To the extent that Plaintiff seeks to consolidate the two Amended Prisoner Complaints, both filed on May 6, 2011, the motion is also denied as unnecessary. Plaintiff was directed to file a Second Amended Complaint on May 12, 2011. Plaintiff is informed that he must assert all of his claims in the Second Amended Complaint, and must do so in a clear and concise manner. Plaintiff's failure comply with the Order for a Second Amended Complaint will result in the dismissal of this action without further notice.

    Dated: May 17, 2011